UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS JUSTIN SNEED,

          Petitioner,

   v.

JACK FOX,

          Respondent.

CASE NO. C14-0894-RSM

ORDER DISMISSING PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's response thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, the remaining record, and no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 1) is DENIED;

(3) Petitioner's petition and this action are DISMISSED with prejudice; and

(4) The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 5th day of December 2014.

                                                    _____
                                                    RICARDO S. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION
PAGE - 1